UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
MARCIA EDWARDS,

                                Plaintiff,                    **23-CV-6942**

          -against-                               **ORDER**

ALEJANDRO MAYORKAS,
Secretary, U.S. Department of Homeland Security,

                              Defendant.
------------------------------------------------------------------X
**VALERIE FIGUEREDO, United States Magistrate Judge:**

      The parties are directed to submit a status update by May 3, 2024.

      **SO ORDERED.**

DATED:    New York, New York
               April 22, 2024

                                                              _____
                                                              VALERIE FIGUEREDO
                                                              United States Magistrate Judge