

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street*
*New York, New York 10007*

July 7, 2025

**By ECF**
The Honorable Valerie Figueredo
United States Magistrate Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

      Re:    *Marcia Edwards v. Kristi Noem*, No. 23 Civ. 6942 (VF)

Dear Judge Figueredo:

      This Office represents defendant Kristi Noem, Secretary of the Department of Homeland Security (the "Government")[1] in the above-referenced action brought pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e *et seq*. We write to respectfully request a 21-day extension of the Government's deadline to file its anticipated motion for summary judgment, from July 10, 2025, to July 31, 2025, and a corresponding 21-day extension of the ensuing dates in the summary judgment briefing schedule. *See* Dkt. No. 49.

      The reason for this request is that the Government needs additional time to confer with the Department of Homeland Security regarding its forthcoming motion for summary judgment, and to finalize needed declarations.

      This would be the second extension of this deadline. Plaintiff consents to the Government's request. If an extension is granted, the new briefing schedule would proceed as follows:

- **Government's Motion for Summary Judgment:** July 31, 2025

- **Plaintiff's Opposition to the Government's Motion for Summary Judgement and any Cross-Motion:** September 2, 2025

- **Government's Reply in Support of its Motion for Summary Judgment and Opposition to any Cross-Motion:** September 16, 2025

- **Plaintiff's Reply in Support of any Cross-Motion:** September 30, 2025

      I thank the Court for its consideration of this letter.

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d)(1), the Secretary of the Department of Homeland Security, Kristi Noem, is automatically substituted for the former Secretary of the Department of Homeland Security, Alejandro Mayorkas.

Page 2

**MEMO ENDORSED**

*[signature]*

HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE

**Dated:** 7/8/2025

The extension requested is GRANTED and the Court hereby adopts the briefing schedule proposed herein. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 50.

Respectfully,

JAY CLAYTON
United States Attorney for the
Southern District of New York

By: /s/ Danielle J. Marryshow
DANIELLE J. MARRYSHOW
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, NY 10007
Tel.: (212) 637-2689
danielle.marryshow@usdoj.gov

cc: Counsel of record (via ECF)