**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
MARCIA EDWARDS,

                          Plaintiff,

        -against-                                    23 **CIVIL** 06942 (VF)

                                                    <u>**JUDGMENT**</u>

KRISTI NOEM,
Secretary, U.S. Department of Homeland Security.,

                         Defendant.
----------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 30, 2026, summary judgment is GRANTED for Defendant as to both of Plaintiff's claims. Accordingly, the case is closed.

**Dated:** New York, New York

       March 31, 2026

                                     **TAMMI M. HELLWIG**
                                    _____
                                     **Clerk of Court**

                **BY:**

                                      _____
                                     **Deputy Clerk**